FILED

2003 OCT 14 P 3: 56

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGEL CABALLERO, JR | : | PRISONER |
| | : | NO. 3:03CV407 (JCH) (HBF) |
| VS. | : | |
| | : | |
| JOHN J. ARMSTRONG ET AL. | : | OCTOBER 10, 2003 |

**DEFENDANT'S MOTION FOR LEAVE TO
DEPOSE PERSON CONFINED IN PRISON**

Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, the defendants John J. Armstrong, et al. request leave of the court to depose, the plaintiff, Angel Caballero, Jr. a person confined at the Northern Correctional Institution, 287 Bilton Road, Somers, Connecticut on Friday, November 7, 2003 at 9:00 AM at said prison, before Brandon Smith Reporting Service or any person authorized to take depositions in the State of Connecticut. Defendants also seek permission to depose Mr. Caballero on such further dates and locations as necessary, until such deposition is completed. Defendant merely seeks an opportunity to discover the nature and basis of plaintiff's claims.

In addition, defense counsel requests that the court allow a correctional officer to be present during Mr. Caballero's deposition for the safety and security of defense counsel and the court reporter.

**WHEREFORE**, defendant respectfully requests leave to depose Angel Caballero a person confined to prison.

DEFENDANTS,
JOHN ARMSTRONG ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
Federal Bar No: ct08326
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
E-mail: ann.lynch@po.state.ct.us

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this 10th day of OCTOBER, 2003 to:

Angel Caballero, Jr. Inmate No. 214362
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

Brandon Smith Reporting Service
44 Capitol Avenue
Hartford, CT 06106

_____
Ann E. Lynch
Assistant Attorney General

2