United States District Court
District of Connecticut.

Angel Caballero, Jr.

vs.

John J. Armstrong, ET AL.

FILED

Civil No: 3:03 CV 407 (JCH) (HBF)

2003 OCT 22 P 2: 52

US DISTRICT COURT
BRIDGEPORT CT

October 15, 2003.

## PLAINTIFF'S MOTION TO WITHDRAW HIS MOTION TO LEAVE TO AMEND HIS COMPLAINT.

The Plaintiff, Angel Caballero, Jr., is respectfully moving this honorable Court for permission to voluntarily withdrawing his pending MOTION TO LEAVE TO AMEND his COMPLAINT.

The Plaintiff is moving to withdraw the above do to it is deficient and he is actively seeking Legal Assistance in order to file a concise and adequate Amended complaint which will be beneficial to all parties.

WHEREFORE, this Honorable Court for the foregoing reasons should grant this Motion.

THE PLAINTIFF,

Angel Caballero, Jr.

Angel Caballero, Jr.
Northern C.I., P.O. Box 665.
Somers, CT 06071.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(B), Fed. R. Civ. P., this 15th day of October, 2003 to:

Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105.

*Angel Caballero, Jr.*
Angel Caballero, JR.
The Plaintiff.