United States District Court
District of Connecticut

FILED
2003 OCT 22 P 2:52

Angel Caballero, Jr | Civil No: 3:03 CV 407 (JCH)(HBF)

vs.

John J. Armstrong, Et AL. | October 15, 2003.

## OBJECTION TO DEFENDANTS MOTION FOR LEAVE TO DEPOSE THE PLAINTIFF.

The plaintiff, Angel Caballero, Jr., respectfully objects to defendants motion for leave seeking to take his deposition for the following reasons:

1#. At this point and time it would be meaningless and a waste of resources for the defendants to take the plaintiff's deposition. Because the plaintiff has not had a reasonable time to file and to receive the essential discovery involving this case. Therefore, he has not had a chance to receive and review the evidence in this case. Until the plaintiff receives his discovery he cannot adequately answer any questions pertaining to this case at a deposition.

2#. The plaintiff will be happy to comply with the defendants requests for them to depose him. After they afford him time to move for the essential discovery in this case and

after they produce his requested discovery.

3#. It's only reasonable that the plaintiff first receives his discovery in this case, and that he first be afforded the opportunity to review the discovery produced, the facts and evidence, before his deposition is taken.

WHEREFORE, for the foregoing reasons this honorable court should order that the defendants motion for leave to depose be denied and that the defendants may renew said motion after the plaintiff has received the discovery in this case.

The Plaintiff,

Angel Caballero Jr

Angel Caballero, Jr.
Northern C.I.
P.O. Box 665
Somers, CT 06071.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this 15th day of October, 2003 to:

Ann E. Lynch
AAG.
110 Sherman Street
Hartford, CT 06105.

*Angel Caballero Jr*
Angel Caballero, Jr
The Plaintiff