UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ANGEL CABALLERO, JR.                    :
                                        :           PRISONER
     v.                                 :  Case No. 3:03CV407(JCH)
                                        :
COMMISSIONER JOHN J. ARMSTRONG, et al.  :
```

RULING AND ORDER

Defendants' seek leave of court to depose plaintiff and to have a correctional officer present during the deposition for safety and security of defense counsel and the court reporter. Defendants' motion [**doc. #18**] is **GRANTED.**

    **SO ORDERED.**

Entered this 28th day of October, 2003, at Bridgeport, Connecticut.

                                      /s/ Holly B. Fitzsimmons
                                      HOLLY B. FITZSIMMONS
                                      UNITED STATES MAGISTRATE JUDGE