UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2003 OCT 31  P 3: 26
US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| ANGEL CABALLERO, JR, | : | PRISONER |
| *Plaintiff,* | : | CIVIL NO3:03CV407(JCH)(HBF) |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG ET AL, | : | |
| *Defendant.* | : | OCTOBER 30, 2003 |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSES TO REQUESTS FOR PRODUCTION

Pursuant to D. Conn. L. Civ. R. 7(b), and Rule 34 of the Federal Rules of Civil Procedure the defendants John Armstrong et al respectfully move for a thirty day enlargement of time to object to and respond to the Requests for Production dated September 25, 2003 filed by plaintiff in this case. Defense counsel recently filed 2 briefs with the Connecticut Appellate Court and two briefs with the Connecticut Supreme Court. In addition, she is counsel on the matter Office of Protection and Advocacy v. Choinski et al 3:03CV1352. There have been several meetings between counsel in this matter and it is taking a lot of defense counsel's time.

In addition, she is responsible for approximately 140 other matters which are pending before the federal courts, state courts and the Office of the Claims Commissioner.

Wherefore, all the foregoing reasons, defendants seek an enlargement of time until November 22, 2003 to file their answers and objections to plaintiff's request for production of documents in this matter.

DEFENDANTS

John Armstrong et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Federal Bar No. Ct#08326
E-mail: ann.lynch@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 30 day of October, 2003, first class postage prepaid, to:

Angel Caballero, Jr.
#214362
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers CT 06071

Ann E. Lynch
Assistant Attorney General

2