**FILED**

2003 OCT 31 P 3: 26

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGEL CABALLERO, JR | : | PRISONER |
| | : | NO. 3:03CV407 (JCH) (HBF) |
| VS. | : | |
| | : | |
| JOHN J. ARMSTRONG ET AL. | : | OCTOBER 30, 2003 |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO MOTION FOR LEAVE TO DEPOSE PLAINTIFF

Defendants moved, pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, to depose the plaintiff, a person confined to prison. Plaintiff objects, claiming that he has not yet had an opportunity to complete his discovery yet. This is an action brought under 42 U.S.C. § 1983 wherein plaintiff seeks to challenge the fact that he is recreating in handcuffs and leg irons at Northern. Plaintiff will merely be asked about his claims. There is no need for plaintiff to have discovery from defendants first. There is no requirement that plaintiff complete his discovery, before defendants can engage in their discovery. Defendant merely seeks an opportunity to discover the nature and basis of plaintiff's claims.

**WHEREFORE**, defendant respectfully requests leave to depose Angel Caballero a person

confined to prison on November 7, 2003.

          DEFENDANTS,
          JOHN ARMSTRONG ET AL

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
Federal Bar No: ct08326
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
E-mail: ann.lynch@po.state.ct.us

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this 30th day of OCTOBER, 2003 to:

Angel Caballero, Jr. Inmate No. 214362
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

~~Brandon Smith Reporting Service~~
~~44 Capitol Avenue~~
~~Hartford, CT 06106~~

_____
Ann E. Lynch
Assistant Attorney General