United States District Court
District of Connecticut

FILED
2003 OCT 31 P 3:25
US DISTRICT COURT
BRIDGEPORT CT

Angel Caballero, Jr.            Civil No: 3:03 CV 407 (JCH)(HBF)
    v.
John J. Armstrong, et al.        October 24, 2003.

Motion For Extension Of Time
To affect Service on Defendants
Lajoie and Coates

The Plaintiff respectfully moves for a 60 days extension of time in which to comply with the Court ruling dated October 10, 2003 to have defendants Lajoie and Coates served for the following reasons:

By order of the Court dated October 10, 2003, the plaintiff was ordered to complete and returned to the Court the service forms within 30 days for defendants Coates and Lajoie. Do to the plaintiff recent motion to withdraw his motion for Leave to Amend the Complaint and also, Do to the accompanying motion requesting court to recant its October 10th, 2003 ruling, It would not at this time be reasonable to have defendants Lajoie and Coates served, because these defendants were added in the amended complaint, and the plaintiff is attempting to voluntarily withdraw this amended complaint.

Until the above describe motions are ruled on the plaintiff should not complete the service forms for these

defendants.

Wherefore, for all the foregoing reasons the court should grant the plaintiff a 60 days extension of time.

Respectfully Submitted,
Angel Caballero, Jr.
Angel Caballero, Jr.
Northern C.I.
P.O. Box 665.
Somers, CT 06071.

CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this 24th day of October, 2003 to:

Ann E. Lynch.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105.

By: Angel Caballero, Jr.
Angel Caballero, Jr.
(The Plaintiff)