<u>United States District Court</u>
<u>District of Connecticut</u>

**FILED**
2003 OCT 31 P 3: 25
US DISTRICT COURT
BRIDGEPORT CT

Angel Caballero, Jr.    Civil No: 3:03 CV 407 (JCH)(HBF)

vs.

John J. Armstrong, et al.    October 24, 2003

<u>Plaintiff's Motion Requesting Court To</u>
<u>Recant It's October 10, 2003, Ruling.</u>

The plaintiff respectfully moves this honorable court to recant it's October 10th, 2003, ruling and/or file an Amended ruling, for the following reasons:

#1. The plaintiff by motion dated October 15, 2003, filed a Motion To Withdraw his Motion for Leave to file and amended complaint. Specifically the plaintiff filed this motion, due to he wished to withdraw his Second Amended Complaint, because it is deficient. And as stated in his October 15, 2003 Motion, he is seeking legal assistance in drafting a adequate amended complaint, thereafter he will file a new motion for leave to file an Amended complaint in order to seek permission to file the adequate amended.

#2. The recent court ruling dated October 10, 2003, and the plaintiff's motion to withdraw his motion for leave to amend dated October 15, 2003, crossed in the mail. Therefore, the plaintiff now respectfully moves this honorable court to

recant or to amend it's recent ruling, which granted plaintiff leave to amend. And to make a ruling on the plaintiff's motion to withdraw, which will enable the plaintiff to seek to file his adequate amended complaint.

Wherefore, the plaintiff respectfully request this honorable Court to recant its Order or to file and Amended Order or take resonable action which will reflect the foregoing.

Respectfully Submitted,

Angel Caballero, Jr.
Angel Caballero, Jr.
#214362
Northern C.I.
P.O. Box 665
Somers, CT 06071.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(B), Fed. R. Civ. P., this 24th day of October, 2003 to:

Ann Lynch
Assistant Attorney General
110 Sherman St.
Hartford, CT 06105

By: Angel Caballero, Jr.
Angel Caballero, Jr. PRO-SE