# United States District Court
## District of Connect~~icut~~ ED

Angel Caballero, JR   |   Civil Action No.
                                      2003 NOV -5 P 3: 32
                                 3:03 cv407(JCH)(HBF)

vs.

John J. Armstrong, et al.   |   November 3, 2003.

### Plaintiff's Motion For Default Against The Defendants

    The plaintiff respectfully moves this honorable Court to enter a default judgment against the defendants, for the following reasons.

    By order of the court [doc.#16] dated October 10, 2003, the defendants were ordered to file an appearance in their Individual Capacity within sixty (60) days from the date they signs the Waiver of Service of Summons. The defendants have defied this order.

    The record reflects that the defendants have failed to file an apperance in their Individual Capacity as ordered by the court. Default should therefore be entered against the defendants.

WHEREFORE, a default judgment should be entered against the defendants.

>Respectfully Submitted,
>
>*Angel Caballero, Jr.*
>Angel Caballero, Jr #214362
>Northern C.I. P.O. Box 665
>Somers, CT 06071.

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of November, 2003:

Ann E. Lynch
Assistant Attorney General
110 Sherman St.
Hartford, CT 06105

>By: *Angel Caballero, Jr.*
>ANGEL Caballero, JR.