UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 12  P 5: 09
US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| ANGEL CABALLERO, JR.<br>*Plaintiff* | : <br>: <br>: | PRISONER<br>CIVIL ACTION NO.<br>Docket No. 3:03CV407(JCH)(HBF) |
| v. | : <br>: | |
| JOHN J. ARMSTRONG, ET AL<br>*Defendant* | : <br>: | November 7, 2003 |

### APPEARANCE

To the clerk of the United States District Court for the District of Connecticut:

Please enter my appearance for all defendants in their individual capacities in this matter.

                                DEFENDANTS
                                JOHN ARMSTRONG ET AL

                                RICHARD BLUMENTHAL
                                ATTORNEY GENERAL

BY: _____
           Ann E. Lynch
           Assistant Attorney General
           Federal Bar No. ct08326
           110 Sherman St
           Hartford, CT 06105
           Tel: (860) 808-5450
           Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10th day of November 2003, first class postage prepaid to:

Angel Caballero
#214362
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers Ct 06071

Ann E. Lynch
Assistant Attorney General