UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGEL CABALLERO, Jr. | : | PRISONER<br>CIVIL ACTION NO. |
| *Plaintiff* | : | Docket No. 3:03CV407(JCH)(HBF) |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL | : | |
| *Defendant* | : | November 17, 2003 |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12 of the Federal Rules of Civil Procedure and D.Conn. L. Civ. R. 7, defendants move to dismiss plaintiff's supplemental negligence claims. Under Connecticut General Statutes § 4-165, a state employee cannot be sued for negligence.

In further support of this motion, defendants submit the attached memorandum of law to which the court is respectfully referred

BY:  RICHARD BLUMENTHAL
ATTORNEY GENERAL

Ann E. Lynch
Assistant Attorney General
Federal Bar No. ct08326
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing motion and memorandum of law was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 18th day of November, 2003, first class postage prepaid to:

Angel Caballero
#214362
Northern Correctional Institution
287 Bilton Road
Somers Ct 06071

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Ann E. Lynch
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General