UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| ANGEL CABALLERO, Jr. | : | PRISONER    2003 NOV 25  P 3: 08 |
| *Plaintiff* | : | CIVIL ACTION NO. |
| | : | Docket No. 3:03CV407(JCH)(HBF) |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL | : | |
| *Defendant* | : | November 24, 2003 |

## MOTION TO DISMISS

Pursuant to Rule 12 of the Federal Rules of Civil Procedure and D.Conn. L. Civ. R. 7 the defendants respectfully move to dismiss this matter. Plaintiff previously litigated in a state habeas action the subject of this lawsuit. Caballero v. Warden, 2003 Conn. Super Lexis 5 p. 4, 5 (2003)(attached). Because plaintiff already litigated the recreation policy in a state court habeas action, plaintiff's civil rights claims must be dismissed under the collateral estoppel doctrine.

Plaintiff also seeks, under supplemental jurisdiction to sue defendants for negligence. Because a claim for negligence is barred under Connecticut General Statutes § 4-165, defendants respectfully move to dismiss the supplemental negligence claims.

In further support of this motion, defendants submit the attached memorandum of law to which the court is respectfully referred.

DEFENDANTS
JOHN ARMSTRONG ET AL
RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
Federal Bar No. ct08326
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
ann.lynch@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing memorandum of law was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of November, 2003, first class postage prepaid to:

Angel Caballero
#214362
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers Ct 06071

Ann E. Lynch
Assistant Attorney General