United States District Court

District of Connecticut

FILED
2003 DEC -2 P 5: 21

US DISTRICT COURT

| | |
|---|---|
| Angel Caballero, Jr. | Civil Action No. |
| | 3:03CV407(JCH)(HBF) |
| v. | |
| John J. Armstrong, et al. | November 24, 2003 |

Motion For An Order For
Defendants To Be Served
And Required To Bear Costs.

    The plaintiff respectfully moves this honorable Court for an Order, ordering the U.S. Marshalls to personally serve each of the defendants and for them to bear the costs, for the following reasons:

    1. On May 30, 2003, the U.S. Marshals sent the complete it Notice of Lawsuit and Waiver of Service Of Summons Forms out to each defendant. The defendants were required pursuant to Rule 4, Fed. R. Civ. P., to execute service on July 28, 2003.

    2. In violation of Rule 4, Fed. R. Civ. P., defendants John J. Armstrong and Patrick Hynes

have failed and refused to affect service by mail.

3. Pursuant to Rule 4, Fed. R. Civ. P., each defendant should now be required to bear all costs of service and the U.S. Marshals should be ordered to serve each defendant.

WHEREFORE, the U.S. Marshals should be ordered to serve the defendants and defendants to bear costs.

Respectfully Submitted,
Angel Caballero Jr
Angel Caballero, Jr #214362
Northern C.I.
P.O. Box 665
Somers, CT 06071.