FILED

United States District Court

District of Connecticut

2003 DEC -2 P 5:21

Angel Caballero, Jr          |          Civil Action No.
                             |          3:03 CV 407 (JCH)(HBF)
V.                           |

John J. Armstrong, et al.                November 24, 2003

## Motion to Compel Discovery

Pursuant to Rules 34(b) and 37(a), Fed.R.Civ.P., the plaintiff respectfully moves this honorable Court for an order Compelling defendant Larry Myers, to file non-evasive answers and responses to the plaintiff's request for Admissions served on him October 21, 2003. In support is an accompanying Memorandum of Law.

Respectfully Submitted,

Angel Caballero, Jr.

Angel Caballero, Jr #214362
Northern C.I.
P.O. Box 665.
Somers, CT. 06071.