FILED

2003 DEC -2 P 5:21

United States District Court
District of Connecticut

| | |
|---|---|
| Angel Caballero, Jr | Civil Action No. |
| | 3:03 CV 407 (JCH)(HBF) |
| V. | |
| John J. Armstrong, et.al | November 24, 2003 |

Memorandum Of Law In
Support Of Motion Compelling
Discovery

1. Attachment A-1, On October 21, 2003 the plaintiff served on defendant Larry Myers a Request For Admissions. Which requested answers and response to the genuiness of the attached documents.

2. Attachment A-2, Defendant Myers filed responses dated October 30, 2003. His answers to the Admissions at number. 1, 3, 4, 5, 6, 7 and 8 Constitutes an evasive response and failure to answer or respond pursuant to Rule 37 (3) Fed. R. Civ. P.

3. Attachment A-3, is a letter by the plaintiff to Counsel for the defendants. The

Plaintiff as mandated he informally attempted to resolved this Discovery dispute before filing this Motion to Compel to no avail.

Legal Argument

4. Fed. R. Civ. P., Rule 37 (3) evasive or incomplete disclosure, answer, or response for purposes of this subdivision an evasive or incomplete disclosure, answer, or response is to be treated as a failure to disclose, answer, or respond. Defendant Myers answers at Request for Admissions, Numbers: 1, 3, 4, 5, 6, 7, and 8, constitutes and evasive response and failure to answer or respond pursuant to Fed. R. Civ. P., Rule 37(3) due to the following reasons;

5. At answer No. 1; It stated that it appears to be a response from Major Lajoie. The word "appears" is intentionally evasive language and an evasive answer and response, because it does not Admit or Deny the request for Admissions.

6. At answer No. 3; It stated that the letter dated October 8, 2002, appears to be from Commissioner Armstrong. The word appears is intentionally evasive language and an evasive answer

and response, because it does not Admit or Deny the request for Admissions.

7. At answer No. 4; It stated that it appears to be a Level-2 response to 141-2003-58. Again, the word appears is intentionally evasive language and an evasive answer and response, because it does not Admit or Deny the request for Admissions.

8. At answer No. 5; It stated that it appears to be an Inmate Request you wrote and appears to have been responded to by Major Whidden. The word appears is intentionally evasive language and an evasive answer and response, because it does not Admit or Deny the request for Admissions.

9. At answer No. 6; It stated that it appears to be grievance by you and appears to have been responded to by Major Lajoie. Again, the word appears is intentionally evasive language and an evasive answer and response, because it does not Admit or Deny the request for Admissions.

10. At answer No. 7; It stated that it appears to be a Level-2 and Level 3 response to 141-2003-131. The word appears is intentionally

evasive language and an evasive answer and response, because again, it does not Admit or Deny the request for Admissions.

11- At answer No.8; It stated that it appears to be a Northern Inmate Dispatch signed by Acting Warden Coates. The word appears is intentionally evasive language and an evasive answer and response, because it does not Admit or Deny the request for Admissions.

WHEREFORE, for all of the foregoing reasons this honorable court should issue an order, ordering defendant Myers to refiled non-evasive answers, which comply with the Fed. R. Civ. P.

Respectfully Submitted,
Angel Caballero Jr
Angel Caballero, Jr # 214362
Northern C.I.
P.O. Box 665
Somers, CT 06071.

I hereby certify that a copy of the

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was mailed in accordance with Rule 5(b) of Fed. R. Civ. P., on this 24th day of November, 2003, to the following:

Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

By: Angel Caballero, Jr.
Angel Caballero, Jr.
Plaintiff