United States District Court
District of Connecticut

FILED
2003 DEC -2 P 5:21

Angel Caballero, Jr.                    Civil Action No.
                                        3:03 CV 407 (JCH)(HBF)

vs.

John J. Armstrong, et al.               November 24, 2003

## Plaintiff's Motion For Extension Of Time To File Response To Defendants' Motion To Dismiss

The plaintiff respectfully moves this honorable Court for an extension of time until his Motion for Leave to Amend is ruled on for the following reasons:

1. By Motion dated November 19, 2003 the plaintiff has recently moved to file a proposed Amended Complaint;

2. The defendants have filed a Motion to Dismiss dated November 17, 2003 against the currently operative Complaint;

3. The plaintiff now moves for an extension of time to file a Motion in Opposition to the defendants Motion to dismiss, because this honorable Court should grant leave to amend a Complaint freely and therefore if the plaintiff's November 19, 2003 Motion for leave to Amend is granted, Defendants motion to dismiss becomes moot.

WHEREFORE, for the foregoing reasons an extension of time until the plaintiff's motion for leave is ruled on should be granted.

Respectfully Submitted,
Angel Caballero, Jr
Angel Caballero, Jr #214362
Northern C.I.
P.O. Box 665
Somers, CT 06071.

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was mailed in accordance with Rule 5(b) of the Fed. R. Civ. P., on this 24th day of November, 2003, to the following:

Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

By: *Angel Caballero, Jr*
Angel Caballero, Jr
Plaintiff