UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ANGEL CABALLERO, JR.                    :
                                        :         PRISONER
       v.                               :  Case No. 3:03CV407(JCH)
                                        :
COMMISSIONER JOHN J. ARMSTRONG, et al.  :
```

RULING AND ORDER

Pending are four motions filed by plaintiff and one motion filed by defendants.

First, defendants seek an extension of time to respond to plaintiff's requests for production. Defendants' motion [**doc. #22**] is **GRANTED**.

Plaintiff's motions all relate to his second amended complaint. On October 10, 2003, the court granted plaintiff's motion for leave to file the amended complaint, ordered the proposed second amended complaint docketed and ordered plaintiff to complete the forms required for the U.S. Marshal to effect service of the second amended complaint on newly added defendants Lajoie and Coates. On October 15, 2003, after receiving the court's order, plaintiff filed three motions.

In the first motion, plaintiff attempts to withdraw his

pending motion to amend.  Because the motion to amend was granted before plaintiff filed the motion to withdraw, the motion [**doc. #19**] is **DENIED** as moot.  If plaintiff wishes to withdraw the claims in the second amended complaint he should file a motion to withdraw without prejudice all claims against defendants Coates and Lajoie.

In addition, plaintiff has filed motions seeking an extension of time to complete the service forms for defendants Coates and Lajoie and asking the court to "recant" its October 10, 2003 ruling.  Plaintiff has not identified any reason why the court's ruling should be withdrawn.  The ruling was not incorrect when it was entered and cannot simply be withdrawn because plaintiff has changed his mind.  As indicated above, if plaintiff no longer wishes to pursue his claims against defendants Lajoie and Coates, he may file a motion withdrawing the claims.  Thus, the motion to recant [**doc. #25**] is **DENIED**.  The motion for extension of time [**doc. #22**] is **GRANTED**.  Plaintiff shall submit completed service forms or file a motion to withdraw the claims against defendants Lajoie and Coates within **thirty (30)** days from the date of this order.

Finally, plaintiff asks the court to default all defendants for failure to appear in response to the October 10, 2003 order.  In that order, the court directed defendants Coates and Lajoie to

appear within sixty days from the date upon which they signed waivers of service of summons. These defendants cannot sign waiver forms until plaintiff completes the required service forms and the U.S. Marshal effects service. Because no service forms have been returned to the court, the request for entry of default [**doc. #26**] is **DENIED** as premature.

In conclusion, defendants' motion for extension of time [**doc. #22**] is **GRANTED**. Plaintiff's motion to withdraw [**doc. #19**] is **DENIED** as moot and his motions to recant [**doc. #25**] and for entry of default [**doc. #26**] are **DENIED**. Plaintiff's motion for extension of time [**doc. #24**] is **GRANTED**. Plaintiff shall submit completed service papers or a motion to withdraw the claims against defendants Coates and Lajoie within **thirty (30)** days from the date of this order.

**SO ORDERED.**

Entered this 20th day of November, 2003, at Bridgeport, Connecticut.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE