United States District Court
District of Connecticut

FILED
2003 DEC -4 P 4:46
US DISTRICT

Angel Caballero, Jr.,

v.

John J. Armstrong, et al.

Civil Action No.
3:03 CV 407 (JCH) (HBF)

December 1, 2003.

## Plaintiff's Motion For Extension Of Time To File Response To Defendants' Motion To Dismiss

### Introduction

The defendants by motion dated November 17, 2003, filed their first motion to dismiss against the plaintiff's non-operative first Amended Complaint. The plaintiff in response filed a motion for an extension of time to respond to the defendants motion to dismiss.

At hand recently the defendants have filed a Second Motion to Dismiss dated November 24, 2003, which is also against the plaintiff's non-operative first Amended Complaint. Therefore, it is moot.

Note: The plaintiff filed an amended complaint dated May 2, 2003, before the defendants filed an appearance. Thereafter plaintiff moved for leave to file a second Amended complaint which was granted by Order of the Court dated October 10, 2003. With Emphasis: Both of the defendants motions to dismiss are filed against the first Non-operative amended complaint. Which makes them moot.

Arguement

The plaintiff by Motion dated November 19, 2003, has moved for leave to amend to file a third proposed amended complaint, which if granted will deem the defendants motion to dismiss as moot. Furthermore, the defendants first and also second motion to dismiss are already moot due to they are filed against plaintiff's non-operative first amended complaint. Therefore, plaintiff to legally protect himself now moves for an extension of time to respond to defendants motion to dismiss up until this Court rules on his recent motion for leave to amend.

WHEREFORE, for all of the foregoing reasons

an extension of time up until the Court rules on plaintiff's Motion for leave should be granted.

Respectfully Submitted,
Angel Caballero, Jr.
Angel Caballero, Jr # 214362
Northern C.I.
P.O. Box 665
Somers, CT 06071.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this 1st day of December, 2003 to:

Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105.

By: Angel Caballero, Jr.
Angel Caballero, Jr.
Plaintiff