United States District Court
District Of Connecticut.

| | |
|---|---|
| Angel Caballero, Jr. | Civil Action No. 3:03CV407 (JCH)(HBF) |
| vs. | |
| John J. Armstrong, et al | December 10, 2003. |

Plaintiff's Motion To Withdraw Motion For Leave To File Amended Complaint.

By motion dated November 19, 2003, the plaintiff filed a motion for leave seeking to file a proposed amended Complaint, the plaintiff now moves to fully Voluntary withdraw this motion, due to the following reasons:

1. In light of the defendants recently filed Objection to the plaintiff's motion for leave to amend, the plaintiff now Voluntary withdraws his motion for leave to amend, and must seek legal assistance in drafting and filing a adequate Complaint, for the trial proceedings of this case in the future.

2. In addition and most importantly, the plaintiff and his family members, are right now actively and vigorously consulting with attorneys, with respect to legal representation for this case. Hopefully an attorney will accept this case, file a professional amended complaint, and try this case without any further delay.

3. The plaintiff, sincerely does not wish to be burdensome to this honorable Court, or Counsel for the defendants. Therefore he now moves to withdraw his motion for leave to amend. And to be given until January 2, 2004 to seek legal assistance and/or legal representation.

Wherefore, for the foregoing reasons the plaintiff's Motion for leave should be withdrawn.

Respectfully Submitted,

Angel Caballero, Jr.

Angel Caballero, Jr. #214362
Northern C.I.
P.O. Box 665.
Somers, CT 06071.

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of December, 2003:

Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105.

By: *Angel Caballero, Jr.*
Angel Caballero, Jr.