FILED
2003 DEC 18 P 12: 55
US DISTRICT
BRIDGEPORT

<u>United States District Court</u>
<u>District of Connecticut.</u>

Angel Caballero, Jr.                    Civil Action No.
                                        3:03 CV 407 (JCH) (HBF)
V.

John J. Armstrong, et al.               December 16, 2003.

<u>Plaintiff's Motion For Extension</u>
<u>Of Time To File Response To</u>
<u>Defendants Motion To Dismiss.</u>

I. <u>Introduction</u>

    The defendants by Motion dated November 17, 2003, filed their first Motion to dismiss against the plaintiff's <u>non-operative</u> first Amended Complaint. The plaintiff in response filed a motion for an extension of time to respond to the defendants Motion to dismiss.

    At hand recently the defendants have filed a second Motion To Dismiss dated November 24, 2003, which is also against the plaintiff's <u>non-operative</u> first Amended Complaint. Therefore, it is moot.

Note: The plaintiff filed an Amended Complaint dated May 2, 2003, before the defendants filed an apperance. Thereafter plaintiff moved for leave to file a Second Amended Complaint which was granted by order of the Court dated October 10, 2003. Thereafter the plaintiff filed a Motion to leave to Amend dated November 19, 2003. The defendants' then filed a Memorandum in Opposition to plaintiff's Motion for leave to Amend dated December 8, 2003. Thereafter the plaintiff filed a motion to Withdraw motion For leave to file Amended complaint dated December 10, 2003. With emphasis: <u>Both</u> of the defendants Motions to dismiss are filed against the <u>first Non-Operative</u> Amended Complaint which makes them <u>moot</u>.

II. <u>Arguement</u>

The plaintiff by motion dated December 15, 2003 has moved for leave to amend to file a proposed Third amended Complaint, which if granted will deem the defendants motions to dismiss as moot. Furthermore, the defendants <u>first</u> and also <u>second</u> Motion to dismiss are already moot due to they are filed against plaintiff's <u>NON-Operative</u> First Amended complaint. Therefore, plaintiff to legally protect himself now moves for an extension of time to respond to defendants Motion to dismiss

#2

up until this honorable Court rules on his recent Motion for leave to amend dated December 15, 2003.

WHEREFore, for all of the foregoing reasons an Extension of time up until the Court rules on plaintiff's motion for leave should be granted.

Respectfully Submitted,

Angel Caballero, Jr.

Angel Caballero, Jr. #214362.
Northern C.I.
P.O. Box 665.
Somers, CT 06071.

Certification

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this 16th day of December, 2003 to:

Ann E. Lynch
Assistant Attorney General
110 Sherman Street.
Hartford, CT 06105.

By: Angel Caballero, Jr.
Angel Caballero, Jr.
Plaintiff.

#3