UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ANGEL CABALLERO, JR.                    :
                                        :        PRISONER
     v.                                 :  Case No. 3:03CV407(JCH)
                                        :
COMMISSIONER JOHN J. ARMSTRONG, et al.  :
```

RULING AND ORDER

Pending are two motions filed by plaintiff.

First, plaintiff seeks an extension of time to respond to defendants' motion to dismiss until the court rules on his motion for leave to amend.  Plaintiff's motion [**doc. #35**] is **GRANTED**.

Second, plaintiff asks the court to order the U.S. Marshal to effect personal service on defendants Armstrong and Hynes and to require the defendants to bear the cost of service.  Rule 12(h)(1), Fed. R. Civ. P., provides that a defense of insufficiency of service of process is waived if not included in a motion to dismiss.  All defendants appeared on November 12, 2003.  Although they have filed a motion to dismiss, they do not contest the adequacy of service in their motion.  Thus, any defense of insufficiency of service of process has been waived and personal service upon defendants Armstrong and Hynes is not

required.  Plaintiff's motion for personal service [**doc. #33**] is **DENIED**.

>**SO ORDERED.**

Entered this 18th day of December, 2003, at Bridgeport, Connecticut.

>       __/s/_____
>       HOLLY B. FITZSIMMONS
>       UNITED STATES MAGISTRATE JUDGE