UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANGEL CABALLERO | PRISONER<br>: CIVIL NO. 3:03CV407-(JCH)(HBF) |
| V. | : |
| JOHN ARMSTRONG, ET AL. | : DECEMBER 23, 2003 |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

For all the reasons set forth in the attached letter sent to plaintiff on or about November 13, 2003, defendants respectfully object to plaintiff's motion to compel further responses by defendant Myers as to plaintiff's first requests for admission.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Federal Bar #ct08326
E-Mail: ann.lynch@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 23rd day of December, 2003:

Angel Caballero #214362
Northern Correctional Institution
287 Bilton Road
Somers, CT 06071

Ann E. Lynch
Assistant Attorney General

**RICHARD BLUMENTHAL**
ATTORNEY GENERAL



MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

November 13, 2003

Angel Caballero, Inmate No. 214362
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

Re:   **Caballero vs. Armstrong, et al.**
      3:03CV407(JCH)(HBF)

Dear Mr. Caballero:

  I am in receipt of your November 4, 2003 letter. Quite simply, Mr. Myers' responses were the best he could do. You asked him to admit the authenticity of documents that were not addressed to him or authored by him. The best he could do was state that these documents "appeared" to be what you represented them to be. This is the most that can be expected under the circumstances.

Very truly yours,

Ann E. Lynch
Assistant Attorney General

AEL:lac