UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGEL CABALLERO | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV407 (JCH)(HBF) |
| | : | |
| v. | : | |
| | : | |
| JOHN J. ARMSTRONG ET AL | : | |
| *Defendant* | : | December 19, 2003 |

## AFFIDAVIT OF ANN E. LYNCH

The undersigned, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am the attorney for the defendants in the above referenced matter. As such I am duly familiar with the facts set forth below.

3. On or about December 5, 2003, I sent plaintiff a letter in which I stated:

> I am in receipt of the Second Set of Interrogatories dated November 24, 2003 addressed to Jack Tokarz, Requests for Admission dated November 20, 2003, addressed to Larry Myers, Peter Matos, Jack Tokarz, which were all placed in one envelope postmarked November 26, 2003. I am also in receipt of Interrogatories dated October 23, 2003 addressed to Jack Tokarz, and Peter Matos, which were postmarked October 27, 2003. I am also in receipt of Interrogatories dated October 24, 2003 addressed to Larry Myers.
> This discovery pertains to the use of restraints at recreation. As you know, you litigated that issue and lost in a habeas corpus action and thus, I recently moved to dismiss your claims about having to recreate in restraints. Accordingly, I am planning on moving for a protective order, seeking to be excused from answering the above referenced discovery.
> Please advise me by mailing me a quick note no later than Friday December 12, 2003 if you consent or object to such a motion for protective order.

See blank copy of letter attached hereto.

4. Thereafter, on December 11, 2003, I received a letter from plaintiff stating, "I agree that it is reasonable to consent to your request for a protective order, from having the defendants' answer to my pending discovery. " See copy of letter attached hereto.

_____
Ann E. Lynch
Assistant Attorney General

Subscribed to and sworn to
Before me this 18H day of
December 2003

_____
Notary Public/Commissioner
Of Superior Court

RESPECTFULLY SUBMITTED,
JOHN ARMSTRONG ET AL

BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
Federal Bar No. ct 08326
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 19th day of December, 2003, first class postage prepaid to:

**Angel Caballero**
**#214362**
**Northern Correctional Institution**
**287 Bilton Road**
**P.O. Box 665**
**Somers Ct 06071**

Ann E. Lynch
Assistant Attorney General

Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

December 9, 2003

RE: <u>Caballero vs. Armstrong, et al.</u>
     3:03 CV 407 (JCH) (HBF)

Dear Attorney Lynch:

    Thank you very much for your letter dated December 5, 2003. I agree that it is reasonable to consent to your request for a protective order, from having the Defendants' answer to my pending discovery.

    Please let it be understood that I am consenting to the protective order only until your Motion To Dismiss is ruled on and/or my Motion To Leave To Amend is granted which will make your motion moot.

    Thank you very much for your time in these matters.

                                      Very Truly Yours,
                                      Angel Caballero, Jr.
                                      Angel Caballero, Jr.
                                      Northern C.I.
                                      P.O. Box 665
                                      Somers, CT 06071.



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

December 5, 2003

Angel Caballero, Inmate No. 214362
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

Re:  **Caballero vs. Armstrong, et al.**
3:03CV407(JCH)(HBF)

Dear Mr. Caballero:

I am in receipt of the Second Set of Interrogatories dated November 24, 2003 addressed to Jack Tokarz, Requests for Admission dated November 20, 2003, addressed to Larry Myers, Peter Matos, Jack Tokarz, which were all placed in one envelope postmarked November 26, 2003. I am also in receipt of Interrogatories dated October 23, 2003 addressed to Jack Tokarz, and Peter Matos, which were postmarked October 27, 2003. I am also in receipt of Interrogatories dated October 24, 2003 addressed to Larry Myers.

This discovery pertains to the use of restraints at recreation. As you know, you litigated that issue and lost in a habeas corpus action and thus, I recently moved to dismiss your claims about having to recreate in restraints. Accordingly, I am planning on moving for a protective order, seeking to be excused from answering the above referenced discovery.

Please advise me by mailing me a quick note no later than Friday December 12, 2003 if you consent or object to such a motion for protective order.

I look forward to hearing from you soon.

Very truly yours,

Ann E. Lynch
Assistant Attorney General