United States District Court
District of Connecticut
FILED
2004 JAN -7 P 4 38
US DISTRICT COURT
BRIDGEPORT CT

Angel Caballero, Jr.　　　　　Civil Action No.

　　　　　　　　　　　　　　3:03 CV 407 (JCH)(HBF)

v.

John J. Armstrong, et al.　　　December 30, 2003.

### Plaintiff's Motion To Withdraw His Motion To Leave To Amend.

　　The plaintiff is respectfully moving this honorable court for permission to voluntarily withdraw his pending Motion to Leave dated December 15, 2003.

　　The plaintiff is moving to withdraw the above do to it is deficient, and the court by order dated December 18, 2003, ruled that addition of new defendants would be burdensome to the court. The plaintiff respectfully moves to withdraw his Motion to leave dated December 15, 2003, as the plaintiff does not want to burden this court.

　　Further, the plaintiff respectfully moves

to withdraw his Motion in Oppossion to the Defendants Memorandum In Response To Plaintiff's Motion For Leave To File Third Amended Complaint dated December 26, 2003, for the same reasons mentioned above the plaintiff voluntarily moves to withdraw this Motion.

The plaintiff has now file a concise and adequate amended complaint which will be beneficial to all parties.

WHEREFORE, this honorable court for the foregoing reasons should grant this Motion.

Respectfully Submitted,

Angel Caballero Jr.

Angel Caballero, Jr. #214362
Northern C.I.
P.O. Box 665.
Somers, CT 06071.

## Certification

This is to certify that a copy of the foregoing was mailed this 30th day of December 2003, to:

Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105.

By: Angel Caballero Jr.
Angel Caballero, Jr.