FILED

<u>United States District Court</u>

2004 JAN -7 P 4:38

<u>District Of Connecticut</u>

US DISTRICT COURT
BRIDGEPORT CT

Angel Caballero, Jr                  |    Civil Action No.
                                     |    3:03 cv 407 (JCH)(HBF).
                                     |
V.                                   |
                                     |
                                     |
John J. Armstrong, et al.            |    December 30, 2003.


<u>Plaintiff's Opposition To
Defendants Motion To
Dismiss.</u>

    The plaintiff moves this honorable Court to deny defendants Motion to dismiss dated November 17, 2003 on the grounds that is improper. Due to the fact that the defendants in their Memorandum of Law in Support of Defendants' Motion To Dismiss, argue that in plaintiff's Complaint at <u>52</u>, he states a negligence claim. Plaintiff wants to point out to this honorable Court that in paragraph <u>52</u> of the plaintiff's <u>operative</u> amended Complaint, he <u>clearly</u> states a violation of plaintiff's rights by not addressing the issues of plaintiff Level-2 grievance. <u>No where in this paragraph does the plaintiff states or claims negligence.</u> The

defendants Motion is clearly frivolous and should be deny.

Furthermore, the defendants' have filed their Motion to Dismiss against the plaintiff's <u>first</u> Amended Complaint dated <u>May 2, 2003</u> which is <u>clearly</u> a <u>non-operative</u> Complaint, and the Defendants Motion should be deny, Due to the fact that it is improper to file any motions to dismiss against a <u>non-operative</u> Complaint, therefore, the defendants' Motion is already moot and thus should be denied. The plaintiff's <u>Operative</u> Complaint Order by the Court is his <u>Second</u> Amended Complaint which was granted on <u>October 10, 2003</u>, <u>Not</u> his <u>first</u> amended complaint dated <u>May 2, 2003</u>. Plaintiff respectfully moves this Court to deny defendants Motion to Dismiss.

WHEREFORE, for all of the foregoing reasons the defendants' motion to Dismiss should be denied.

Respectfully Submitted,
Angel Caballero, Jr.
Angel Caballero, Jr. #214362
Northern C.I.
P.O. Box 665
Somers, CT 06071.

#2

## Certification.

I hereby certify that a copy of the foregoing motion was mailed in accordance with Rule 5(b) of the Fed. R. Civ. P., on this 30 day of December, 2003, to.

Ann E. Lynch
Assistant Attorney General
110 Sherman Street.
Hartford, CT 06105.

By: Angel Caballero Jr.
Angel Caballero, Jr.
Plaintiff

#3