<u>United States District Court</u>
<u>District of Connecticut</u>

**FILED**
2004 JAN -7 P 4:38
US DISTRICT COURT
BRIDGEPORT CT

Angel Caballero, Jr.

v.

John J. Armstrong, et al.

Civil Action No.
3:03 CV 407 (JCH)(HBF).

December 30, 2003.

<u>Opposition To Defendants</u>
<u>Motion To Dismiss</u>

    The plaintiff moves this honorable Court to Deny Defendants Motion to Dismiss dated November 24, 2003 on the grounds that defendants are sued in their Individual Capacities only and therefore plaintiff is incapable of receiving any injunctive relief requested in his prior State Habeas, and that the State Habeas Court is <u>NOT</u> a Court of Competent Jurisdiction to award damages as requested in the plaintiff's 1983 action.

    In addition, the plaintiff was <u>not</u> afforded and opportunity to fully litigate his case at the State Habeas Court's, Due to the fact that he

to present for his defense and to prove his case at trial. Plaintiff did <u>not</u> fully get to litigate his case.

The conditions for application of the prior pending action doctrine are not met. Because plaintiff cannot pursue his claims for damages in the prior State Court action, this action is not barred by the prior pending action doctrine.

In Support of this Motion plaintiff submits the attached Memorandum of Law.

Respectfully Submitted,
Angel Caballero, Jr
Angel Caballero, Jr #214362
Northern C.I., P.O. Box 665.
Somers, CT 06071.

### Certification

I hereby certify that a copy of the foregoing was mail this 30th day of December, 2003, to:

Ann E. Lynch, AAG.
110 Sherman Street.
Hartford, CT 06105

By: Angel Caballero Jr
Angel Caballero, Jr.

(2).