FILED

<u>United States District Court</u>
<u>District of Connecticut.</u>

2004 JAN -8 P 2:34
US DISTRICT COURT
BRIDGEPORT CT.

| | |
|---|---|
| Angel Caballero, Jr | Civil Action No. |
| | 3:03 CV 407 (JCH) (HBF) |
| V. | |
| John J. Armstrong, et al. | January 5, 2004. |

<u>Plaintiff's Motion In Opposition To Defendants' Memorandum In Opposition To Plaintiff's Motion To Compel Discovery.</u>

For all the reasons set forth in the plaintiff's Motion to Compel Discovery dated November 24, 2003, the plaintiff respectfully object to defendants Memorandum. Pursuant to Rules 34(b) and 37(a) Fed.R.Civ.P., defendant Myers is mandated to file non-evasive answers and responses, to the plaintiff's request for Admissions served on him October 21, 2003. The defendants' Memorandum is frivolous.

The plaintiff respectfully stands by his Motion to Compel Discovery.

WHEREFORE, For the foregoing reasons this Court should <u>Grant</u> plaintiff's Motion to Compel Discovery and <u>Deny</u> Defendants' Memorandum in Opposition.