UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


| | | |
|---|---|---|
| ANGEL CABALLERO, JR. | : | |
| | : | PRISONER |
| v. | : | Case No. 3:03CV407(JCH)(HBF) |
| | : | |
| COMMISSIONER JOHN J. | : | |
| ARMSTRONG, et al. | : | |


RULING AND ORDER

Defendants seek a protective order to defer responding to plaintiff's most recent discovery requests until the court rules on their pending motions to dismiss.  Defendants state that plaintiff does not object to their motion.

Accordingly, defendants' motion for protective order [**doc. #48**] is **GRANTED.**  Should defendants' motions to dismiss be denied, defendants shall respond to the outstanding discovery requests within thirty days from the date of the court's ruling.

**SO ORDERED.**

Entered this 22 day of January, 2004, at Bridgeport, Connecticut.

/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE