UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANGEL CABALLERO, JR.

v.

JOHN J. ARMSTRONG
JACK TOKARZ
LARRY MYERS
PATRICK HYNES, M.D.
PETER MATOS
THOMAS COATES
MICHAEL LAJOIE

PRISONER
Case No.   3:02cv407 (JCH)

## J U D G M E N T

This cause came on for consideration on the defendants' motion to dismiss and plaintiff's motion to withdraw before the Honorable Janet C. Hall, United States District Judge.

On July 8, 2004, the court filed its Ruling on Plaintiff's Motions to Withdraw and for Leave to Amend and Defendants' Motions to Dismiss. The court granted plaintiff's motion for leave to file a third amended complaint which omitted defendants Hynes, granted defendants' motion to dismiss all claims in the third amended complaint, declined to exercise supplemental jurisdiction over any state law claims and directed the Clerk to enter judgment and close this case.

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the action is dismissed.

Dated at Bridgeport, Connecticut this 12th of July, 2004.

KEVIN F. ROWE, Clerk

By  /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____