1    UNITED STATES COURT OF APPEALS
2         FOR THE SECOND CIRCUIT

3              SUMMARY ORDER

4    THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL
5    REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY
6    TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE
7    ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT
8    STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR
9    PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

10        At a stated term of the United States Court of
11   Appeals for the Second Circuit, held at the Thurgood
12   Marshall United States Courthouse, Foley Square, in the
13   City of New York, on the  28th  day of  April , two
14   thousand five.

15   PRESENT: HON. AMALYA L. KEARSE,
16            HON. DENNIS JACOBS,
17            HON. GUIDO CALABRESI,
18                       Circuit Judges.

19   - - - - - - - - - - - - - - - - - - -X
20   Angel Caballero Jr.,

21            Plaintiff-Appellant,

22            -v.-                              04-4525

23   John J. Armstrong, Commissioner,
24   I/O; Jack Tokarz, Deputy
25   Commissioner I/O; Larry Myers, Lead
26   Warden, I/O; Peter Matos, Deputy
27   Commissioner, I/O; Thomas Coates,
28   I/O Capacity; Michael Lajoie, I/O
29   Capacity,

30            Defendants-Appellees,

31   Patrick Hynes, MD, I/O,

Issued as Mandate:     JUN  1 2005

1    **Defendant.**

2    - - - - - - - - - - - - - - - - - - -X

3

4    **APPEARING FOR APPELLANT:**      (On submission) **Angel**
5                                      **Caballero Jr.**, Somers, CT

6

7    **APPEARING FOR APPELLEES:**      (On submission) **Richard**
8                                      **Blumenthal**, Attorney General
9                                      of the State of Connecticut,
10                                     **Ann E. Lynch**, Assistant
11                                     Attorney General, Hartford, CT

12        Appeal from the United States District Court for the
13   District of Connecticut (Hall, J.).

14

15        **UPON DUE CONSIDERATION, IT IS HEREBY ORDERED,**
16   **ADJUDGED AND DECREED** that the judgment of the district
17   court is **AFFIRMED**.

18        Angel Caballero Jr. appeals a July 12, 2004 judgment
19   of the United States District Court for the District of
20   Connecticut (Hall, J.), granting the appellees' motion to
21   dismiss Caballero's 42 U.S.C. § 1983 claim.  We assume
22   that the parties are familiar with the facts, the
23   procedural history, and the scope of the issues presented
24   on appeal.

25

26        The only issue pressed on this appeal (and thereby
27   preserved), is whether the district court erred in
28   dismissing Caballero's claim that the appellees violated
29   his Eighth Amendment rights by requiring that he exercise
30   in full restraints.  However, Caballero previously
31   litigated this issue in state court, and lost.  See
32   Caballero v. Warden, No. 00-cv-3178, 2003 WL 139524, at
33   *3 (Conn. Super. Ct. Jan. 2, 2003) ("[T]his court
34   concludes that the petitioner has failed to show that the
35   restraints applied by the respondent to the petitioner
36   during his recreation violate the constitutional
37   prohibition against cruel and unusual punishment.").
38   Caballero did not appeal the relevant state court ruling.

39        The district court correctly held that Caballero's
40   current claim is barred by the doctrine of collateral
41   estoppel.  See Purdy v. Zeldes, 337 F.3d 253, 258 (2d
42   Cir. 2003) ("The doctrine of collateral estoppel prevents
43   a plaintiff from relitigating in a subsequent proceeding

1  an issue of fact or law that was fully and fairly
2  litigated in a prior proceeding.") (citing <u>Marvel</u>
3  <u>Characters, Inc. v. Simon</u>, 310 F.3d 280, 288 (2d Cir.
4  2002)).
5
6      For the reasons set forth above, the judgment of the
7  district court is hereby **AFFIRMED**.


8                              FOR THE COURT:
9                              ROSEANN B. MACKECHNIE, CLERK
10                             By:

11                             _____
12                             Lucille Carr, Deputy Clerk

